ELIZABETH IRON WORKS, INC. v.
KEVON CONSTRUCTION CORP.

February 15, 1977. Petition for certification granted.

IN RE: THE ESTATE OF MARY K. JOHNSON, DECEASED.

February 15, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. WILLIE JENKINS.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LEON B. JOHNSON.

February 15, 1977. Petition for certification denied.

RUTH QUARTIN v.
THE MINNESOTA MUTUAL LIFE INSURANCE CO.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH HAWTHORNE.

February 15, 1977. Petition for certification denied.